**Patricia E. FAHEY, Appellant,**

v.

**Colonel Robert E. MATTHE et al.,
Appellees.**

**No. 13625.**

United States Court of Appeals
District of Columbia Circuit.

Argued May 24, 1957.

Decided June 13, 1957.

Mr. William A. Gallagher, Washington, D. C., for appellant.

Mr. Hubert B. Pair, Asst. Corporation Counsel, for the District of Columbia, with whom Messrs. Chester H. Gray, Corporation Counsel, and Milton D. Korman, Principal Asst. Corporation Counsel, were on the brief, for appellees. Mr. J. Hampton Baumgartner, Jr., Asst. Corporation Counsel at the time record was filed, also entered an appearance for appellees.

Before WILBUR K. MILLER, WASHINGTON and BASTIAN, Circuit Judges.

PER CURIAM.

Plaintiff-appellant sought an injunction against appellees as members of the Board for the Condemnation of Insanitary Buildings in the District of Columbia, on grounds generally similar to those

alleged in Keyes v. Madsen, 1949, 86 U.S. App.D.C. 24, 179 F.2d 40, certiorari denied, 1950, 339 U.S. 928, 70 S.Ct. 628, 94 L.Ed. 1349. That case is controlling. The judgment of the District Court dismissing the complaint is accordingly

Affirmed.

**Wilbur D. PECK, Appellant,**

v.

**UNITED STATES of America,
Appellee.**

**No. 13465.**

United States Court of Appeals
District of Columbia Circuit.

Argued June 3, 1957.

Decided June 13, 1957.

Mr. Robert E. Lee Goff, Washington, D. C., with whom Mr. Denver Graham, Washington, D. C., was on the brief, for appellant.

Mr. E. Tillman Stirling, Asst. U. S. Atty., for appellee. Messrs. Oliver Gasch, U. S. Atty., and Lewis Carroll and Harold H. Greene, Asst. U. S. Attys., and Edward O. Fennell, Asst. U. S. Atty. at the time brief was filed, were on the brief for appellee.

Before EDGERTON, Chief Judge, and WILBUR K. MILLER and BASTIAN, Circuit Judges.

PER CURIAM.

The plaintiff appeals from a judgment for the United States in a suit for personal injuries under the Tort Claims Act. 28 U.S.C. § 1346(b), 63 Stat. 62. We find no error.

Affirmed.